

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00356-CR

**JEREMIAH SMITH,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

_____

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 06-093-CR

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal. Appellant has not personally signed the motion, as required by Rule 42.2(a), but we previously abated this cause for a hearing in the trial court, where Appellant unequivocally testified that he wanted his appeal dismissed. And in response to our abatement, Appellant filed a pro se motion in the trial court stating that he wanted his appeal dismissed. Accordingly, we implement Rule 2 to suspend the personal signature requirement of Rule 42.2(a).

The appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed August 12, 2009
Do not publish
[CR25]